```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 14546
   ROBERT DUNKIN
   REGINA DUNKIN                                    CHAPTER 13

                                                    JUDGE: MANUEL BARBOSA

            Debtor
      SSN XXX-XX-0806     SSN XXX-XX-6241
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/13/07 .

2. The case was dismissed without confirmation, 10/18/2007.

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INDYMAC BANK | CURRENT MORTG | .00 | .00 | .00 |
| INDYMAC BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HEIGHTS FINANCE CORP | SECURED VEHIC | .00 | .00 | .00 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| US CELLULAR | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| ICS INC | UNSECURED | NOT FILED | .00 | .00 |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| LAMPHERES FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MGMT | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | NOT FILED | .00 | .00 |
| WEST ASSET MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |

    Summary of disbursements:

---

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $         .00 and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 01/14/08                          /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE